**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Javier Torres, et al., | ) | No. CIV 06-2482-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Terry Goddard, Attorney General of | ) | |
| Arizona, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the parties' Stipulated Extension of Time to File Reply Re:
Defendant's Pending Rule 12(b)(6) Motion to Dismiss [Dkt. 29].  Good cause appearing,

**IT IS ORDERED** the parties' Stipulated Extension of Time to File Reply Re:
Defendant's Pending Rule 12(b)(6) Motion to Dismiss [Dkt. 29] is **GRANTED**.  Defendants
shall have through **January 10, 2007**, to file their Reply memorandum.

DATED this 20th day of December, 2006.

Stephen M. McNamee
United States District Judge