**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Javier Torres, et al., | ) | No. CIV 06-2482-PHX-SMM |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| Terry Goddard, Attorney General of Arizona, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiffs' Motion to Withdraw Appearance of Patrick M. O'Brien and Alex R. Montgomery. (Dkt. 40)  According to Plaintiffs, Mr. O'Brien and Ms. Montgomery are no longer employed with the law firm of Hughes, Socol, Piers, Resnick & Dym, Ltd. ("Hughes Socol"), but other attorneys from the firm as well as attorneys from the law firm of Osborn Maledon, P.A. have appeared and remain as counsel of record in this matter.

Based on a review of the record, the Court finds that Matthew J. Piers, Mary M. Rowland and Juliet V. Berger-White of Hughes Socol and Jean-Jacques Cabou and Timothy Joel Eckstein of Osborn Maledon remain as counsel of record for Plaintiffs. Accordingly, pursuant to LRCiv. 83.3(b)(4) and good cause appearing,

//

//

**IT IS ORDERED** the Plaintiffs' Motion to Withdraw Appearance of Patrick M. O'Brien and Alex R. Montgomery (Dkt. 40) is **GRANTED**.

DATED this 9th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge