**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Javier Torres, et al., | ) | No. CIV 06-2482-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Terry Goddard, Attorney General of | ) | |
| Arizona, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is an Objection to Setting of Rule 16(b) Comprehensive Scheduling Conference/ Request to Vacate Order Requiring Joint Case Management Plan filed by Defendants Terry Goddard and Cameron Holmes ("Defendants"). (Dkt. ## 43 & 44)[1] The Court finds that a Rule 16 Preliminary Pretrial Conference would be premature at the present time in light of the Court's Order dated January 10, 2007 (Dkt. 32). Therefore, the Court finds that the most prudent course of action is to resolve Defendants's Rule 12(b)(6) Motion to Dismiss Plaintiffs' Claims for Monetary Relief (Dkt. 24) before setting a Rule 16 Preliminary Pretrial Conference. However, the Court finds that it would be beneficial to

---

[1]Although docket numbers 43 and 44 are styled differently on the CM/ECF system, the entries contain the same document. It appears that there was some confusion regarding whether to file the document as an objection or a motion. In any event, this Order will address the document filed at both docket numbers.

1  conduct a Status Hearing in this matter **May 30, 2007 at 11:00 a.m.** in Courtroom No. 605

2  at the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona.

3  Accordingly,

4  **IT IS ORDERED** that Defendants' Objection to Setting of Rule 16(b) Comprehensive

5  Scheduling Conference/ Request to Vacate Order Requiring Joint Case Management Plan.

6  (Dkt. ## 43 & 44) is **GRANTED**.

7  **IT IS FURTHER ORDERED** that the **Preliminary Pretrial Conference set for**

8  **May 30, 2007 will now be treated as a Status Hearing.** The Court shall reschedule the

9  Preliminary Pretrial Conference after ruling on Defendant's Motion to Dismiss Plaintiffs'

10  Claims for Monetary Relief.

11  **IT IS FURTHER ORDERED** granting out-of-state counsel the option to appear by

12  telephone at the **May 30, 2007, Status Hearing**.  If out-of-state counsel opt to appear

13  telephonically, then they must notify the court, in writing, that they will be appearing by

14  telephone.  Such notice must be received by **May 25, 2007** and must indicate the names of

15  the individuals appearing telephonically.  Any out-of-state parties appearing telephonically

16  are responsible for coordinating a conference call among themselves prior to the Hearing.

17  In addition, parties appearing telephonically must call the Court on a clear telephone line at

18  **10:55 a.m.** Mountain Standard Time (currently 2 hours behind Central Daylight Time) at

19  602-322-7555 on the day of the Status Hearing.

20  DATED this 14th day of May, 2007.

21

22

23

24  Stephen M. McNamee
United States District Judge

25

26

27

28