**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., | No. CIV 06-2482-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Terry Goddard, Attorney General of Arizona, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Extend Defendants' Deadline to Respond to Plaintiffs' Motion to Strike Certain of Defendants' Affirmative Defenses. (Dkt 55)  Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulated Motion to Extend Defendants' Deadline to Respond to Plaintiffs' Motion to Strike Certain of Defendants' Affirmative Defenses. (Dkt 55)

**IT IS FURTHER ORDERED** that Defendants shall have through August 10, 2007, to file a response.

DATED this 23rd day of July, 2007.

Stephen M. McNamee
United States District Judge