**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>Terry Goddard, Attorney General of Arizona, et al.,<br><br>       Defendants. | No. CV-06-2482-PHX-SMM<br><br>**ORDER EXCUSING NAMED PARTIES FROM APPEARING AT THE PRELIMINARY PRETRIAL CONFERENCE** |

Upon review of the parties' Joint Request That the Named Parties Be Excused From Appearing at the Preliminary Pretrial Conference presently set for September 26, 2007, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the named parties shall be excused from attending the Preliminary Pretrial Conference.

DATED this 19th day of September, 2007.

Stephen M. McNamee
United States District Judge