**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., | No. CV-06-2482-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Terry Goddard, Attorney General of Arizona, et al., | |
| Defendants. | |

Upon review of the parties' Stipulated Extension of Time to Filre Response to Motion for Class Certification and Reply in Support of Same (Dkt. 90), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall have through **April 21, 2008** to file their response to Plaintiffs' pending motion for class certification, and Plaintiffs shall have through **May 19, 2008** to file their reply in support of the motion for class certification.

DATED this 18th day of April, 2008.

Stephen M. McNamee
United States District Judge