**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., ) | No. CV-06-2482-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Terry Goddard, et al., ) | |
| ) | |
| Defendants. ) | |

Upon review of Plaintiff's unopposed Motion for Leave to File an Oversized Brief (Dkt. 106), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Leave (Dkt. 106). Plaintiffs shall have leave to file an eighteen-page reply memorandum in support of class certification, as filed at Dkt. 108.

DATED this 27th day of May, 2008.

Stephen M. McNamee
United States District Judge