**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., | No. CIV 06-2482-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Terry Goddard, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Protective Order (Dkt. 82), to which Defendants responded (Dkt. 85). The Scheduling Order in this case included the following directive:

> **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere

efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

(Dkt. 66, Scheduling Order dated Sept. 26, 2007 at 4 (emphasis original).)

The parties did not request a telephonic conference prior to the filing of Plaintiffs' motion, nor did the Court grant leave to file written materials. Plaintiffs do not provide any explanation or justification for deviating from the Court's directive. Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff's Motion for Protective Order (Dkt. 82).

DATED this 27th day of May, 2008.

*Stephen M. McNamee*
Stephen M. McNamee
United States District Judge