1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., ) | No. CV-06-2482-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Terry Goddard, Attorney General of the ) State of Arizona, and Cameron ("Kip") ) Holmes, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    In accordance with the Scheduling Order in this case (Dkt. 66), Plaintiffs contacted the Court to request a telephonic discovery dispute conference. Plaintiffs notified the Court that the parties have reached an impasse regarding certain discovery requests and the second version of Defendants' privilege log. According to Plaintiffs, Defendants assert that requested materials are not discoverable on account of attorney-client privilege and work product protection. Plaintiffs contend that the issues in this case involve attorney conduct, and therefore Defendants' assertion of privilege and work product are in error.

//

//

//

1   The Court finds that this dispute is best resolved by having the parties file written
2 materials setting forth their respective positions.  Therefore the Court will order the
3 parties to submit memoranda of law, **not to exceed eight (8) pages**, articulating why the
4 Court should or should not require production of the materials Defendant has deemed
5 privileged or otherwise not discoverable in their privilege log.  The Court will notify the
6 parties if additional briefing or oral argument (including a telephonic conference) is
7 needed.  If the Court orders production of materials currently withheld, the Scheduling
8 Order may be modified to accommodate such production.  Accordingly,

9   **IT IS HEREBY ORDERED** that the parties shall submit to the Court written
10 memoranda of law regarding their respective positions on the instant discovery dispute.

11   **IT IS FURTHER ORDERED** that these memoranda **shall not exceed eight (8)**
12 **pages**, and shall be filed by **Thursday, July 3, 2008**.

13   DATED this 26th day of June, 2008.

Stephen M. McNamee
United States District Judge

- 2 -