**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Torres, et al., ) | No. CV-06-2482-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| Terry Goddard, Attorney General of Arizona, et al., ) | |
| Defendants. ) | |

Upon review of Plaintiffs' Motion for Leave to File Nunc Pro Tunc Amendment to Reply Memorandum in Support of Class Certification (Dkt. 116), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Leave to File Nunc Pro Tunc Amendment to Reply Memorandum in Support of Class Certification (Dkt. 116). The Declaration of Plaintiff Lia Rivadeneyra will be considered in connection with the Motion for Class Certification.

DATED this 9th day of September, 2008.

Stephen M. McNamee
United States District Judge