**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JAVIER TORRES, ALMA SANTIAGO ) No. CV 06-2482-PHX-SMM
and LIA RIVADENEYRA, on behalf of )
themselves and others similarly situated, ) **ORDER**
                                         )
            Plaintiffs,                  )
                                         )
v.                                       )
                                         )
TERRY GODDARD, Attorney General of )
the State of Arizona, in his individual and )
official  capacities,  and  CAMERON )
("KIP")  HOLMES,  in  his  individual )
capacity,                                )
                                         )
            Defendants.                  )
_____ )

On November 6, 2008, the Court issued an Order regarding Defendants' request for an evidentiary hearing on class certification (Doc. 148).  Defendants requested a hearing to "take evidence from a limited number of relevant law enforcement officials concerning the facts supporting a belief that seized transactions were involved in criminal activity."  (Doc. 92).  While the Court found that Defendants provided no arguments or case law as to how the law enforcement officials' testimony related to the class certification requirements of Rule 23, the Court allowed Defendants to provide additional briefing regarding the relevancy of the evidence as it related to the class certification prerequisites.

1       On November 21, 2008 Defendants filed a Supplemental Brief in Support of

2   Request for Evidentiary Hearing on Motion for Class Certification (Doc. 149).  In light of

3   the voluminous nature of this filing and the legal issues presented, the Court will allow a

4   Response to be filed by Plaintiffs addressing the issues raised in Defendants'

5   Supplemental Brief.

6       **IT IS HEREBY ORDERED** that Plaintiffs have until **Friday, December 12,**

7   **2008** to submit a Response to Defendants' Supplemental Brief.

8       DATED this 25th day of November, 2008.

9

10

11                            Stephen M. McNamee

12                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28