**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| JAVIER TORRES, ALMA SANTIAGO and LIA RIVADENEYRA, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TERRY GODDARD, Attorney General of the State of Arizona, in his individual and official capacities, and CAMERON ("KIP") HOLMES, in his individual capacity,<br><br>　　　　　Defendants. | No. CV 06-2482-PHX-SMM<br><br>**ORDER** |

Accordingly to the Court's Rule 16 Scheduling Order (Doc. 66), the dispositive motion deadline in this case is scheduled for January 16, 2009. Additionally, a Final Pre-Trial Conference is presently set for Wednesday, February 11, 2009 at 4:00p.m. In light of the pending Motion to Certify Class (Docs. 79-80) and Motion for Extension of Time of the Court's Deadline for Fact Discovery (Doc. 131), the Court will vacate the dispositive motion deadline as well as the Final Pre-Trial Conference.

Accordingly,

**IT IS HEREBY ORDERED VACATING** the dispositive motion deadline set for January 16, 2009.

**IT IS FURTHER ORDERED VACATING** the Final Pre-Trial Conference on February 11, 2009.

1  **IT IS FURTHER ORDERED** that the deadlines in this case shall be reset upon
2  the Court's ruling on the Motion to Certify Class (Docs. 79-80) and Motion for Extension
3  of Time of the Court's Deadline for Fact Discovery (Doc. 131).

4  DATED this 7th day of January, 2009.

_____
Stephen M. McNamee
United States District Judge