**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAVIER TORRES, ALMA SANTIAGO and LIA RIVADENEYRA, on behalf of themselves and others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TERRY GODDARD, Attorney General of the State of Arizona, in his individual and official capacities, and CAMERON ("KIP") HOLMES, in his individual capacity, )<br><br>Defendants. ) | No. CV 06-2482-PHX-SMM<br><br>**ORDER** |

Before the Court is Defendants' Motion for Extension of the Court's Deadline for Fact Discovery (Doc. 131). Defendants request a ninety-day extension in order to complete its fact discovery. In their Response, Plaintiffs join in Defendants' request to extend fact discovery, but believe that a thirty-day extension is sufficient (Doc. 133).

At a class certification hearing on February 25, 2009, the Court took under advisement Plaintiffs' Motion to Certify Class (Doc. 79). Since the amount of time needed for discovery may vary depending on the Court's class certification ruling, the Court will deny the present motion, with leave to refile.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendants' Motion for Extension of the Court's Deadline for Fact Discovery (Doc. 131), without prejudice and with leave to refile upon the Court's ruling on class certification.

1    DATED this 27th day of March, 2009.

2

3

4                                        _____
                                         Stephen M. McNamee
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28